ALGONQUIN STEEL TECHNOLOGIES, INC. *v.* CONNECTICUT COMPRESSED GAS, INC.

The defendant's petition for certification for appeal from the Appellate Court (AC 19024) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal?"

MCDONALD, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16101.

*Theodore R. Tyma*, in support of the petition.

*Christopher W. Huck*, in opposition.

Decided April 27, 1999